UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-cr-00026 |
| | ) | |
| v. | ) | Honorable Janet T. Neff |
| | ) | |
| SILVINO ESQUIVEL-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on December 4, 2008, after receiving the written consent of defendant and all counsel.  At the hearing, defendant Silvino Esquivel-Gomez entered a plea of guilty to Counts 3, 4 and 6 of the Indictment in exchange for the undertakings made by the government in the written plea agreement.  In Counts 3 and 6 of the Indictment, defendant is charged with making a false statement in an application for a United States Passport in violation of 18 U.S.C. § 1542.  In Count 4 of the Indictment, defendant is charged with using a means of identification in the form of a Texas birth certificate in the name of another person in violation of 18 U.S.C. § 1028(a)(7).  On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the

promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Counts 3, 4 and 6 of the Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.   Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.  The clerk is directed to procure a transcript of the plea hearing for review by the District Judge.

Date:  December 16, 2008                      _/s/ Ellen S. Carmody_____
                                             ELLEN S. CARMODY
                                             United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing.  *See* W.D. Mich. L.Cr.R. 11.1(d).

- 2 -